UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>        Petitioner,<br>    v.<br>CDCR,<br>        Respondent. | Case No. 18-cv-04557-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas suit, petitioner Gale Dale Barger, aka Gary Francis Fisher, aka Sonny Barger, challenges as unconstitutional the quality of the medical care he is receiving at California Health Facility in Stockton, California. Because this is a challenge to the conditions, as opposed to the legality, of his confinement, the suit is in truth a civil rights, not a habeas, action. Whatever sort of suit Barger meant to bring, it does not belong here. He was convicted and is housed in the Eastern District of California. A challenge to the legality of his confinement or the conditions under which he is confined belongs there.

Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction and of confinement. 28 U.S.C. §§ 84(b), 1391(b), 1404(a), 1406(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 22, 2018

                                                WILLIAM H. ORRICK
                                                United States District Judge